# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

    Gad C. Ikeaumba,

            Debtor(s)

Case No 22 B 02858

Chapter 13

Judge Jacqueline P. Cox

## NOTICE OF FILING

TO:  Gad Ikeaumba, 417 S. Kenilworth Ave., #2, Oak Park, IL 60302
Thomas Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, *served via ECF*
Patrick Layng, US Trustee, 219 S. Dearborn, Chicago, IL 60603, *served electronically*
See Attached Service List

Please take notice that on the **12th** day of **January, 2023,** the Undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **"Amended Chapter 13 Plan"** copy of which is attached hereto and served upon you.

## PROOF OF SERVICE

STATE OF ILLINOIS )
COUNTY OF C O O K )

**VERONICA D. JOYNER,** an attorney, hereby certify that I served the above and foregoing notice upon the named respondents, by placing a true copy thereof and of petition in envelopes addressed to them at the shown, with postage prepaid, and placing the same in the U.S. Mails 120 S. State Street, Chicago, Illinois this **12th** day of **January 13th, 2023**.

                                                                     One of Debtor(s) Attorney

Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603
(312) 332-9001

Label Matrix for local noticing
0752-1
Case 22-02858
Northern District of Illinois
Eastern Division
Fri Jan 13 12:14:01 CST 2023

Deutsche Bank National Trust Company, as Tru
c/o PHH Mortgage Corporation
PO BOX 24605
Attn: Bankruptcy Department
West Palm Beach, FL 33416-4605

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

1030-32 N. Austin Condominium Association
c/o Keough & Moody, P.C.
114 East Van Buren Avenue
Naperville, IL 60540-5183

417 S. KENILWORTH CONDOMINIUM ASSOCIATION
c/o Hearthstone Realty, Inc.
7977 Lake Street
River Forest, IL 60305-1649

417 S. Kenilworth Condo Assoc
c/o Hearthstone Realty
7977 Lake Street
River Forest, IL 60305-1649

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Cagan Management
3856 Oakton Street
Skokie, IL 60076-3456

Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

Capital One
POB 30285
Salt Lake City UT 84130-0285

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492

(p)CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2321

Cavalry SPV, LLC
500 Summit Lake Drive. Ste. 400
Valhalla, NY 10595-2321

Citibank
99 Garnsey Rd.
Pittsford, NY 14534-4565

Codilis & Assoicates
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527-6921

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Deutsche Bank National Trust Company
PHH Mortgage Corporation
Attn: Bankruptcy Dept
PO Box 24605
West Palm Beach FL 33416-4605

Heathstone Realtiy Inc.
7977 Lake Street
River Forest, IL 60305-1649

Heavner, Beyers & Mihlar, LLC
P.o Box 740
Decatur, IL 62525-0740

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Keough & Moody PC
1250 E. Dieh Rod
Suite 405
Naperville, IL 60563-9389

L. Patrick Power
Corporate Counsel for City of Kanka
304 S. Indiana Ave.
Kankakee, IL 60901-3904

Manley Deas Kochalski LLC
One East Wacker
Suite 1250
Chicago, IL 60601-1980

Monica C. O'Brien, Esq.
53 W. Jackson Blvd.
Suite 1442
Chicago, IL 60604-3536

Nora Villanueva
417 South Kenilworth
Unit 5
Oak Park, IL 60302-3827

| | | |
|---|---|---|
| North Austin Condo Association<br>1030-32 N. Austin Blvd.<br>Unit 3S<br>Oak Park, IL 60302 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | Portfolio Recocery Assoc<br>Riverside Commerce Center<br>120 Corporate Blvd. Ste. 100<br>Norfolk, VA 23502-4952 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Rushmore Service Center<br>P.O. Box 5508<br>Sioux Falls, SD 57117-5508 | Sandra K. Burns Ltd<br>348 Lathrop Ave.<br>River Forest, IL 60305-2148 |
| The Illinois Tollway<br>PO Box 5544<br>Chicago IL 60680-5491 | Tony L. Brasel<br>201 Park Place<br>Suite 12<br>Bourbonnais, IL 60914-1883 | U.S. Bank Trust NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| U.S. Bank Trust NA<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. Bank Trust National Associatio<br>as trustee of the SCIG Series III<br>BSI 7500 Old Georgetown Rd Ste 1300<br>Bethesda, MD 20814-6198 | U.S. Bank Trust National Association, as<br>Trustee of the SCIG Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 |
| U.S. Bank Trust, NA<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | VerizonWireless<br>500 Technology Dr.<br>Suite 550<br>Saint Charles, MO 63304-2225 | Villager Condo Association<br>P.O. Box 64605<br>Chicago, IL 60664-0605 |
| Villager Condominium Association<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Avenue<br>Mundelein, IL 60060-2301 | Gad C. Ikeanumba<br>417 S. Kenilworth Ave.<br>Unit 2<br>Oak Park, IL 60302-3827 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | Veronica D Joyner<br>Joyner Law Office<br>120 South State Street<br>Suite 200<br>Chicago, IL 60603-5518 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio<br>P.O. Box 27288<br>Tempe, AZ 85288 | Home Depot Credit Services<br>P.O. Box 6925<br>The Lakes, NV 88901 | Internal Revenue Service<br>SK-09 Kansas City Service Center<br>Kansas City, MO 64999 |
| Jefferson Capital System<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust National Association

(u)Villager Condominium Association

(u)Internal Revenue Service
Centralized Insolvency Opertions
P.O. Box 21126, Stop N781
PA 19117

(u)U.S. Bank Trust National Association, not

End of Label Matrix
Mailable recipients    49
Bypassed recipients     4
Total                  53