# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| In Re: | Case No. 22-02858 |
| Gad C. Ikeanumba | Chapter 13 |
| Debtor(s). | Hon. Judge Jacqueline P. Cox |

## OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN FILED ON JANUARY 13, 2023

**NOW COMES** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust, and/ or its assigns (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's Amended Chapter 13 Plan filed on January 13, 2023 and in support thereof states as follows:

1. An Agreed Order resolving Creditor's In Rem Motion for relief from the automatic stay and abandonment and request for two-year period of In Rem relief against the property known as 1032 North Austin Blvd., Oak Park, IL 60302 was entered on May 17, 2022.

2. The Amended Plan lists the current regular post-petition monthly mortgage payment as $1,200.00. However, on July 14, 2022, a Notice of Mortgage Payment Change was filed listing the new total payment as $1,730.31, effective September 01, 2022. Due to the large discrepancy in the payment amount as listed in Debtor's amended plan, Creditor wishes to ensure that Debtor isn't attempting to modify the loan terms.

3. The Chapter 13 Plan herein does not adequately protect the Creditor's interest and should be denied confirmation.

**WHEREFORE**, Creditor prays this Court deny confirmation of the plan, and for such other and further relief as this Court may deem just and proper.

DATED: January 16, 2023

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor